THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN SILVA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA HANSON, Appellant.

Submitted November 10, 2014; decided November 18, 2014

Motion by Thomas P. Theophilos for leave to file a brief amicus curiae on the appeals herein dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [1] [iii]).

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR WHITE, Appellant.

Submitted November 3, 2014; decided November 18, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.